B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caisse, Bryan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7980** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**253 W. 72nd Street**<br>**Apartment 1402**<br>**New York, NY**<br>ZIP Code **10023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1580**<br>**New York, NY**<br>ZIP Code **10276-1580** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Caisse, Bryan** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Caisse, Bryan** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bryan Caisse**
Signature of Debtor  **Bryan Caisse**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 14, 2015**
Date

### Signature of Attorney*

X **/s/ Michael J. Kasen**
Signature of Attorney for Debtor(s)

**Michael J. Kasen MK7429**
Printed Name of Attorney for Debtor(s)

**Kasen & Kasen**
Firm Name

**151 W. 46th St.**
**4th Floor**
**New York, NY 10036**

Address

**Email: mkasen@kasenlaw.com**
**646-216-3108  Fax: 646-786-3611**
Telephone Number

**October 14, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re  **Bryan Caisse**

Case No.

Debtor(s)      Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 14, 2015**

**/s/ Bryan Caisse**

**Bryan Caisse**
Signature of Debtor

ANTHONIA GERACOS
150 MARABAC ROAD
GARDINER, NY 12525


BAKER & MCKENZIE
452 FIFTH AVE.
NEW YORK, NY 10018


CENTRAL MORTGAGE COMPANY
801 JOHN BARROW RD.
LITTLE ROCK, AR 72201


CHARLES MILLS
47361 MIDDLE BLUFF PLACE
STERLING, VA 20165


CHRISTINE O'SULLIVAN
13 HERMIT LN.
WESTPORT, CT 06880


CHRISTOPHER JOHNSON
585 WEST MAIN ST.
LITTLE COMPTON, RI 02837


DAVE MASON
3130 EAST OJAI AVE.
OJAI, CA 93023


DAVID KALAJIAN
75 WEST END AVE.
NEW YORK, NY 10023-7853


DENNIS STEIN
405 LEXINGTON AVENUE
42ND FLOOR
NEW YORK, NY 10174


DISANTO LLP
15 MAIDEN LANE
SUITE 1208
NEW YORK, NY 10038

DIVERSIFIED TECHNOLOGY, LLC
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276-1580


DIVERSIFIED TECHNOLOGY, LLC
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276


EDWARD KRATT
100 LAFAYETTE STREET
SUITE 501
NEW YORK, NY 10013


FRANK TANSKY
17 COLUMBUS AVE.
EDISON, NJ 08817


GARY SWANSON
42 WEST 85TH ST.
4R
NEW YORK, NY 10024


GARY SWANSON
33 FAIRVIEW AVE
MONTAUK, NY 11954


HAMMOCK & SULLIVAN
154-08 NORTHERN BLVD.
SUITE 2G
FLUSHING, NY 11354


HOMETOWN BANK
90 EXCHANGE ST.
ATHOL, MA 01331


INTERNAL REVENUE SERVICE
2970 MARKET ST.
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104


JEFF LEROY
1113 NORCOVA CT.
CHESAPEAKE, VA 23320-5013

JOE HEATLY


KENNETH SCOTT
PO BOX 5294
EDGARTOWN, MA 02539


KEVIN COSTELLO


MARK ANGIL
24 EAST ST.
ANNAPOLIS, MD 21401


MARK ANGIL
503 GENARD ST.
AUSTIN, TX 78751


MARK STEVENS
C/O CONELL BROTHERS
345 CALIFORNIA ST.
SAN FRANCISCO, CA 94104


MATTHEW MANCUSO
8803 CREFELD ST.
PHILADELPHIA, PA 19118


NICHOLAS CLOUSE
10 UNIVERSTITY AVE.
FRESNO, CA 93704


NICHOLAS CLOUSE
1080 FREEDOM DR.
FRESNO, CA 93704


NYS TAX DEPARTMENT
RPC-PIT
90 COHOES AVE.
GREEN ISLAND, NY 12183-1515


NYSTATE DEPARTMENT OF TAXATION
STATE PROCESSING CENTER
PO BOX 61000
ALBANY, NY 12261-0001

PAUL JENKINS
6047 N NEVA AVE.
CHICAGO, IL 60631


PAUL JENKINS
1 EAST SCOTT ST.
# 1207
CHICAGO, IL 60610


RICHARD DEAN
866 DORIS DR.
ARNOLD, MD 21012


ROBERT DEMBIA
160 BROADWAY
6TH FLOOR
NEW YORK, NY 10038


ROBERT M. VANCE
1901 MCGUCKIAN AVE.
#331
ANNAPOLIS, MD 21401


ROBERT YOUNG
C/O CANTOR FITZGERALD
20 ASH STREET, SUITE 350
CONSHOHOCKEN, PA 19428


ROCKARD DELGADILLO & ANGELA AG
1100 GLENDON AVE.
14TH FLOOR
LOS ANGELES, CA 90024


SAFE HORIZON
100 CENTRE STREET
ROOM 1102
NEW YORK, NY 10013


SCOTT FERRARI
3602 WALTHAM CROSSING
FULSHEAR, TX 77441


SUSAN & RICHARD SCHULLER
28 HORSESHOE RD.
CHELMSFORD, MA 01824

TADINE SHIRTS
151 CRANDON BLVD.
#525
KEY BISCAYNE, FL 33149


VIP TRI-STATE CAR SERVICE
2001 RT. 46, WATERVIEW PLAZA
SUITE 310
PARSIPPANY, NJ 07054


WEBSTER HUGHES
3913 HUNTCLIFF DR.
CHARLOTTE, NC 28226


WEBSTER HUGHES
4807 PELLYN FARM CT.
CHARLOTTE, NC 28226


WELLINGTON TICHENOR
642 PARK AVE.
NEW YORK, NY 10065


WESTLAKE ASSOCIATES
46175 WESTLAKE DRIVE
SUITE 320
POTOMAC FALLS, VA 20165


WINIFRED WILSON ADDI
3130 EAST OJAI AVE.
OJAI, CA 93023