B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of New York

In re    **Bryan Caisse**                                                                 ,        Case No.    **15-12777**
                                                                    Debtor

Chapter                                **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 50,000.00 | | |
| B - Personal Property | Yes | 4 | 89,960.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 117,900.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 2,637,449.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 760.00 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 139,960.00 | | |
| | | Total Liabilities | | 2,755,349.96 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Bryan Caisse**
_____ ,    Case No. ___**15-12777**_____
Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re **Bryan Caisse** _____, Case No. ___15-12777___
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Anthonia Geracos** <br> **150 Marabac Road** <br> **Gardiner, NY 12525** | | - | October 8, 2014 <br><br> **Restitution** | | | | 24,025.00 |
| Account No. **xxxxxxx6886** <br><br> **AT&T** <br> **PO Box 537104** <br> **Atlanta, GA 30353** | | - | **Phone Bills** | | | | 4,000.00 |
| Account No. **xxxx3205** <br><br> **Baker & McKenzie** <br> **452 Fifth Ave.** <br> **New York, NY 10018** | | - | **Legal Fees** | | | | 11,914.02 |
| Account No. **xxxx-xxxx-xxxx-5127** <br><br> **Bank Of America** <br> **PO Box 15019** <br> **Wilmington, DE 19850-5019** | | - | **Credit card** | | | | 30,000.00 |
| | | | | Subtotal <br> (Total of this page) | | | 69,939.02 |

__14__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bryan Caisse**                                                    ,          Case No. _____**15-12777**_____
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bear Sterns & Co.**<br>**c/o Kazlow & Kazlow**<br>**237 W. 35th St., 14th Fl.**<br>**New York, NY 10001** | - | | **Unknown Judgment** | | | X | 928.44 |
| Account No. **xxxx6707**<br><br>**Bennett Law Collection**<br>**c/o Compass Group**<br>**10542 S. Jordan Gateway #200**<br>**South Jordan, UT 84095** | - | | **Unknown** | | | X | **Unknown** |
| Account No.<br><br>**Bronsky Orthodontics**<br>**530 Park Ave.**<br>**#1G**<br>**New York, NY 10065** | - | | **Daughter's Orthodontic Care** | | | | 25,000.00 |
| Account No.<br><br>**Charles Mills**<br>**47361 Middle Bluff Place**<br>**Sterling, VA 20165** | - | | **October 8, 2014**<br><br>**Restitution** | | | | 119,000.00 |
| Account No.<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | - | | **Overdraft Fees** | | | | **Unknown** |

Sheet no. __**1**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     144,928.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bryan Caisse**
_____,   Case No. ____**15-12777**_____
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christine O'Sullivan**<br>**13 Hermit Ln.**<br>**Westport, CT 06880** | - | | **Legal Fees** | | | | **10,000.00** |
| Account No.<br><br>**Christopher Johnson**<br>**585 West Main St.**<br>**Little Compton, RI 02837** | - | | **October 8, 2014**<br><br>**Restitution** | | | | **46,970.00** |
| Account No.<br><br>**Citibank**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | - | | **Overdraft Fees** | | | | **Unknown** |
| Account No. **xxxxxxxxxx0098**<br><br>**Con Edison**<br>**4 Irving Place**<br>**New York, NY 10003** | - | | **Utilities** | | | | **2,164.63** |
| Account No. **xxx2962**<br><br>**D-Path**<br>**PO Box 1000**<br>**Dept. 461**<br>**Memphis, TN 38148** | - | | **Daughter's Dermotologist** | | | | **55.00** |

Sheet no. __**2**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **59,189.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bryan Caisse**                                                                                    ,    Case No. ___**15-12777**___
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Dave Mason**<br>**3130 East Ojai Ave.**<br>**Ojai, CA 93023** | | - | | **October 8, 2014**<br><br>**Restitution** | | | | 47,050.00 |
| Account No.<br><br>**Dave Mason**<br>**3130 East Ojai Ave.**<br>**Ojai, CA 93023** | **X** | - | | | | | | 25,000.00 |
| Account No.<br><br>**David Kalajian**<br>**75 West End Ave.**<br>**New York, NY 10023-7853** | **X** | - | | | | | | 50,000.00 |
| Account No.<br><br>**Dennis Stein**<br>**405 Lexington Avenue**<br>**42nd Floor**<br>**New York, NY 10174** | | - | | **Legal Fees** | | | | 23,456.68 |
| Account No.<br><br>**DiSanto LLP**<br>**15 Maiden Lane**<br>**Suite 1208**<br>**New York, NY 10038** | | - | | **Legal Fees** | | | | 6,012.25 |

Sheet no. __**3**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

151,518.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bryan Caisse**
_____,
Debtor

Case No.  **15-12777**_____

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Donald Denton**<br>**809 Buck Lane**<br>**Haverford, PA 19041** | - | | **NOTICE ONLY**<br>**Debtor's Father-inlaw**<br>**In custody of Debtor's Daughter** | | | | 0.00 |
| Account No. **xx0131**<br><br>**Dr. Theresa Mueller**<br>**115 Central Park West**<br>**New York, NY 10023** | - | | **Daughter's Dentist Care** | | | | **Unknown** |
| Account No.<br><br>**Edward Kratt**<br>**100 Lafayette Street**<br>**Suite 501**<br>**New York, NY 10013** | - | | **Legal Fees** | | | | **30,000.00** |
| Account No.<br><br>**Frank Tansky**<br>**17 Columbus Ave.**<br>**Edison, NJ 08817** | - | | **October 8, 2014**<br><br>**Restitution** | | | | **24,599.00** |
| Account No. **xxxxx9406**<br><br>**Frontline Asset Strategy**<br>**1935 West County Rd., B2**<br>**#425**<br>**Roseville, MN 55113** | - | | **Collection for HSBC Overdrafts** | | | | **Unknown** |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **54,599.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bryan Caisse** _____,   Case No. ____**15-12777**_____
                              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Gary Swanson** **42 West 85th St.** **4R** **New York, NY 10024** | - | | **October 8, 2014** **Restitution** | | | | **33,423.00** |
| Account No. **Hammock & Sullivan** **154-08 Northern Blvd.** **Suite 2G** **Flushing, NY 11354** | - | | **Legal Fees** | | | | **19,855.28** |
| Account No. xxxxx1089 **Hometown Bank** **90 Exchange St.** **Athol, MA 01331** | - | | **Home Equity Loan** **Mother's House** **Debtor has no ownership interest in property** | | | | **8,000.00** |
| Account No. **HSBC** **P.O. Box 5244** **Carol Stream, IL 60197** | - | | **Overdraft Fees** | | | | **Unknown** |
| Account No. **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101** | - | | **Unknown potential income tax liability** | | | | **Unknown** |

Sheet no. __5___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**61,278.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bryan Caisse**                                                          ,    Case No.    **15-12777**
                                     Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | October 8, 2014 | | | | |
| Jeff LeRoy 1113 Norcova Ct. Chesapeake, VA 23320-5013 | | - | Restitution | | | | 12,500.00 |
| Account No. | | | Loan to Huxley Capital Management | | | | |
| Jennifer Garbuzinski 56 Laurie Lane North Attleboro, MA 02760 | X | - | | | | | 250,000.00 |
| Account No. | | | | | | | |
| Jennifer Pariseau 70 Washington St. Apartment 6U Brooklyn, NY 11201 | | - | | | | | 25,000.00 |
| Account No. | | | October 8, 2014 | | | | |
| Joe Heatly | | - | Restitution | | | | 117,500.00 |
| Account No. | | | Loan to Huxley Capital Management | | | | |
| Joel Hanson 84 Bartlett Drive Schwenksville, PA 19473 | X | - | | | | | 50,000.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **455,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Bryan Caisse_____,    Case No. ___15-12777_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | October 8, 2014 | | | | |
| Kenneth Scott PO Box 5294 Edgartown, MA 02539 | | | | Restitution | | | | |
| | | | | | | | | 31,070.00 |
| Account No. | X | - | | | | | | |
| Kevin Costello | | | | | | | | |
| | | | | | | | | 25,000.00 |
| Account No. | | - | | Tuition for Daughters School | | | | |
| Leman Manhattan Prep. School Business Office 1 Morris Street New York, NY 10004 | | | | | | | | |
| | | | | | | | | 32,000.00 |
| Account No. | X | - | | Loan to Huxley Capital Management | | | | |
| Marcus Flagg 1800 Beam Drive Southlake, TX 76092 | | | | | | | | |
| | | | | | | | | 100,000.00 |
| Account No. | | - | | October 8, 2014 | | | | |
| Mark Angil 24 East St. Annapolis, MD 21401 | | | | Restitution | | | | |
| | | | | | | | | 9,100.00 |

Sheet no. _7___ of _14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          197,170.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bryan Caisse**                                    ,          Case No. ___**15-12777**_____
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mark Stevens**<br>**c/o Conell Brothers**<br>**345 California St.**<br>**San Francisco, CA 94104** | | - | **October 8, 2014**<br><br>**Restitution** | | | | 66,666.00 |
| Account No.<br><br>**Matthew Mancuso**<br>**8803 Crefeld St.**<br>**Philadelphia, PA 19118** | X | - | | | | | 50,000.00 |
| Account No. **xxxx-xxxx-xxxx-7416**<br><br>**Midland Credit Management**<br>**2365 Northside Drive**<br>**Suite 300**<br>**San Diego, CA 92108** | | - | **Collection for HSBC Credit Card** | | | | 8,454.60 |
| Account No.<br><br>**Navy Federal Credit Union**<br>**PO Box 3000**<br>**Merrifield, VA 22119-3000** | | - | **Overdrafts** | | | | 2,500.00 |
| Account No.<br><br>**Nicholas Clouse**<br>**10 Universtity Ave.**<br>**Fresno, CA 93704** | X | - | | | | | 25,000.00 |

Sheet no. __**8**___ of __**14**___ sheets attached to Schedule of                         Subtotal                    152,620.60
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Bryan Caisse_____,    Case No. ___15-12777_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical and Lab Bills | | | | |
| Northshore LIJ PO Box 727 Wilkes Barre, PA 18703 | | - | | | | | | Unknown |
| Account No. | | | | State Income Tax | | | | |
| NYState Department of Taxation State Processing Center PO Box 61000 Albany, NY 12261-0001 | | - | | | | | | Unknown |
| Account No. | | | | October 8, 2014 Restitution | | | | |
| Paul Jenkins 6047 N Neva Ave. Chicago, IL 60631 | | | | | | | | 41,779.78 |
| Account No. | | | | Collection for Compass Group | | | | |
| Payliance 3 Easton Oval Suite 210 Columbus, OH 43219-6011 | | - | | | | | X | 70.00 |
| Account No. | | | | | | | | |
| Rappaport Steele 260 Madison Ave. New York, NY 10016 | | - | | | | | X | Unknown |

Sheet no. __9___ of __14__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)     41,849.78

B6F (Official Form 6F) (12/07) - Cont.

In re __Bryan Caisse__ , Case No. __15-12777__
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Richard Dean 866 Doris Dr. Arnold, MD 21012 | | - | | October 8, 2014 Restitution | | | | 20,000.00 |
| Account No. Ritchie Capital Management 120 N. Hale St. # 300 Wheaton, IL 60187 | X | - | | Loan to Huxley Capital Management | | | | 100,000.00 |
| Account No. Rob Healey 253 west 72nd Street #1402 New York, NY 10023 | X | - | | Loan to Huxley Capital Management | | | | 30,000.00 |
| Account No. Robert Dembia 160 Broadway 6th Floor New York, NY 10038 | | - | | Legal Fees | | | | 3,082.41 |
| Account No. Robert Feulner c/o Carolyn Daley Scott PO Box 309 East Moriches, NY 11940 | | - | | | | | X | 2,600.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

155,682.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bryan Caisse** _____ ,    Case No. ___**15-12777**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert M. Vance**<br>**1901 McGuckian Ave.**<br>**#331**<br>**Annapolis, MD 21401** | | - | **October 8, 2014**<br><br>**Restitution** | | | | **25,000.00** |
| Account No.<br><br>**Robert Prass**<br>**330 Churchhill Farm Rd.**<br>**Davidsonville, MD 21035** | **X** | - | **Loan to Huxley Capital Management** | | | | **45,000.00** |
| Account No.<br><br>**Robert Young**<br>**c/o Cantor Fitzgerald**<br>**20 Ash Street, Suite 350**<br>**Conshohocken, PA 19428** | **X** | - | | | | | **25,000.00** |
| Account No.<br><br>**Rockard Delgadillo & Angela Ag**<br>**1100 Glendon Ave.**<br>**14th Floor**<br>**Los Angeles, CA 90024** | | - | **Legal Fees** | | | | **100,800.19** |
| Account No.<br><br>**Salera Capital**<br>**47361 Middle Bluff Place**<br>**Sterling, VA 21065** | | - | **Judgment** | | | | **750,000.00** |

Sheet no. __**11**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**945,800.19**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bryan Caisse**                                                    ,         Case No.  **15-12777**
_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Scott Ferrari**<br>**3602 Waltham Crossing**<br>**Fulshear, TX 77441** | - | | **October 8, 2014**<br><br>**Restitution** | | | | **25,700.00** |
| Account No. **xxxx-xxxx-xxxx-7416**<br><br>**Stoneleigh Recovery**<br>**810 Springer Dr.**<br>**PO Bax 1479**<br>**Lombard, IL 60148** | - | | **Collection for HSBC Overdraft** | | | | **Unknown** |
| Account No.<br><br>**Susan & Richard Schuller**<br>**28 Horseshoe Rd.**<br>**Chelmsford, MA 01824** | - | | **October 8, 2014**<br><br>**Restitution** | | | | **11,338.68** |
| Account No.<br><br>**Tadine Shirts**<br>**151 Crandon Blvd.**<br>**#525**<br>**Key Biscayne, FL 33149** | - | | | | | | **2,210.00** |
| Account No.<br><br>**TD Bank USA, NA**<br>**c/o Mike Peersen, CEO**<br>**1701 Route 70 East**<br>**Cherry Hill, NJ 08034** | - | | **Overdraft Fees** | | | | **Unknown** |

Sheet no. **12** of **14** sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    **39,248.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bryan Caisse**                                                                      ,    Case No. ___**15-12777**_____
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx1722** <br><br> **Time Warner Cable** <br> **PO Box 11820** <br> **Newark, NJ 07101-8120** | | - | | | | | **675.00** |
| Account No. <br><br> **United Nations Int'l School** <br> **2450 FDR Drive** <br> **New York, NY 10010** | | - | **Tuition for Daughters School** | | | | **8,500.00** |
| Account No. **xxxx7578** <br><br> **United Recovery Systems** <br> **PO Box 722929** <br> **Houston, TX 77272** | | - | **Collection for JP Morgan Chase** | | | | **Unknown** |
| Account No. <br><br> **USAA Insurance** <br> **10750 McDermott Fwy** <br> **San Antonio, TX 78288** | | - | **Insurance** | | | | **Unknown** |
| Account No. <br><br> **VIP Tri-State Car Service** <br> **2001 Rt. 46, Waterview Plaza** <br> **Suite 310** <br> **Parsippany, NJ 07054** | | - | | | | | **880.00** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,055.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bryan Caisse**                                              ,    Case No. ___**15-12777**_____
_____
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Webster Hughes<br>3913 Huntcliff Dr.<br>Charlotte, NC 28226 | X | - | | | | | 8,000.00 |
| Account No. **xx7175**<br><br>Weill-Cornell<br>12 West 72nd Street<br>New York, NY 10023 | | - | | | | | 570.00 |
| Account No.<br><br>Wellington Tichenor<br>642 Park Ave.<br>New York, NY 10065 | | - | October 8, 2014<br><br>Restitution | | | | 50,000.00 |
| Account No.<br><br>Westlake Associates<br>46175 Westlake Drive<br>Suite 320<br>Potomac Falls, VA 20165 | | - | Legal Fees | | | | 30,000.00 |
| Account No.<br><br>Winifred Wilson Addi<br>3130 East Ojai Ave.<br>Ojai, CA 93023 | X | - | | | | | 10,000.00 |

Sheet no. __**14**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 98,570.00 |
| Total (Report on Summary of Schedules) | 2,637,449.96 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Bryan Caisse**                                                              ,    Case No.    **15-12777**
                                        Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Matthew Mancuso**<br>**8803 Crefeld St.**<br>**Philadelphia, PA 19118** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Robert Young**<br>**c/o Cantor Fitzgerald**<br>**20 Ash Street, Suite 350**<br>**Conshohocken, PA 19428** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Webster Hughes**<br>**3913 Huntcliff Dr.**<br>**Charlotte, NC 28226** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276** | **David Kalajian**<br>**75 West End Ave.**<br>**New York, NY 10023-7853** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Kevin Costello** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Dave Mason**<br>**3130 East Ojai Ave.**<br>**Ojai, CA 93023** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Winifred Wilson Addi**<br>**3130 East Ojai Ave.**<br>**Ojai, CA 93023** |
| **Diversified Technology, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Nicholas Clouse**<br>**10 Universtity Ave.**<br>**Fresno, CA 93704** |
| **Huxley Capital Management**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Joel Hanson**<br>**84 Bartlett Drive**<br>**Schwenksville, PA 19473** |

**1**
____ continuation sheets attached to Schedule of Codebtors

In re      **Bryan Caisse**                                                                    ,      Case No.      **15-12777**
                                                        Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Huxley Capital Management**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Robert Prass**<br>**330 Churchhill Farm Rd.**<br>**Davidsonville, MD 21035** |
| **Huxley Capital Management**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Marcus Flagg**<br>**1800 Beam Drive**<br>**Southlake, TX 76092** |
| **Huxley Capital Management**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Ritchie Capital Management**<br>**120 N. Hale St.**<br>**# 300**<br>**Wheaton, IL 60187** |
| **Huxley Capital Management**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Jennifer Garbuzinski**<br>**56 Laurie Lane**<br>**North Attleboro, MA 02760** |
| **Huxley Capital Management, LLC**<br>**c/o Bryan Caisse**<br>**PO Box 1580**<br>**New York, NY 10276-1580** | **Rob Healey**<br>**253 west 72nd Street**<br>**#1402**<br>**New York, NY 10023** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Southern District of New York

| In re | Bryan Caisse | Case No. | 15-12777 |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November  5, 2015**

**/s/ Bryan Caisse**
**Bryan Caisse**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ANTHONIA GERACOS
150 MARABAC ROAD
GARDINER, NY 12525


AT&T
PO BOX 537104
ATLANTA, GA 30353


BAKER & MCKENZIE
452 FIFTH AVE.
NEW YORK, NY 10018


BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19850-5019


BEAR STERNS & CO.
C/O KAZLOW & KAZLOW
237 W. 35TH ST., 14TH FL.
NEW YORK, NY 10001


BENNETT LAW COLLECTION
C/O COMPASS GROUP
10542 S. JORDAN GATEWAY #200
SOUTH JORDAN, UT 84095


BRONSKY ORTHODONTICS
530 PARK AVE.
#1G
NEW YORK, NY 10065


CENTRAL MORTGAGE COMPANY
801 JOHN BARROW RD.
LITTLE ROCK, AR 72201


CHARLES MILLS
47361 MIDDLE BLUFF PLACE
STERLING, VA 20165


CHASE
P.O. BOX 15298
WILMINGTON, DE 19850

CHRISTINE O'SULLIVAN
13 HERMIT LN.
WESTPORT, CT 06880


CHRISTOPHER JOHNSON
585 WEST MAIN ST.
LITTLE COMPTON, RI 02837


CITIBANK
P.O. BOX 6500
SIOUX FALLS, SD 57117


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


D-PATH
PO BOX 1000
DEPT. 461
MEMPHIS, TN 38148


DAVE MASON
3130 EAST OJAI AVE.
OJAI, CA 93023


DAVID KALAJIAN
75 WEST END AVE.
NEW YORK, NY 10023-7853


DENNIS STEIN
405 LEXINGTON AVENUE
42ND FLOOR
NEW YORK, NY 10174


DISANTO LLP
15 MAIDEN LANE
SUITE 1208
NEW YORK, NY 10038


DIVERSIFIED TECHNOLOGY, LLC
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276-1580

DIVERSIFIED TECHNOLOGY, LLC
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276


DONALD DENTON
809 BUCK LANE
HAVERFORD, PA 19041


DR. THERESA MUELLER
115 CENTRAL PARK WEST
NEW YORK, NY 10023


EDWARD KRATT
100 LAFAYETTE STREET
SUITE 501
NEW YORK, NY 10013


FRANK TANSKY
17 COLUMBUS AVE.
EDISON, NJ 08817


FRONTLINE ASSET STRATEGY
1935 WEST COUNTY RD., B2
#425
ROSEVILLE, MN 55113


GARY SWANSON
42 WEST 85TH ST.
4R
NEW YORK, NY 10024


GARY SWANSON
33 FAIRVIEW AVE
MONTAUK, NY 11954


HAMMOCK & SULLIVAN
154-08 NORTHERN BLVD.
SUITE 2G
FLUSHING, NY 11354


HOMETOWN BANK
90 EXCHANGE ST.
ATHOL, MA 01331

HSBC
P.O. BOX 5244
CAROL STREAM, IL 60197


HUXLEY CAPITAL MANAGEMENT
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276-1580


HUXLEY CAPITAL MANAGEMENT, LLC
C/O BRYAN CAISSE
PO BOX 1580
NEW YORK, NY 10276-1580


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101


INTERNAL REVENUE SERVICE
2970 MARKET ST.
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104


JEFF LEROY
1113 NORCOVA CT.
CHESAPEAKE, VA 23320-5013


JENNIFER GARBUZINSKI
56 LAURIE LANE
NORTH ATTLEBORO, MA 02760


JENNIFER PARISEAU
70 WASHINGTON ST.
APARTMENT 6U
BROOKLYN, NY 11201


JOE HEATLY


JOEL HANSON
84 BARTLETT DRIVE
SCHWENKSVILLE, PA 19473

KENNETH SCOTT
PO BOX 5294
EDGARTOWN, MA 02539


KEVIN COSTELLO


LEMAN MANHATTAN PREP. SCHOOL
BUSINESS OFFICE
1 MORRIS STREET
NEW YORK, NY 10004


MARCUS FLAGG
1800 BEAM DRIVE
SOUTHLAKE, TX 76092


MARK ANGIL
24 EAST ST.
ANNAPOLIS, MD 21401


MARK ANGIL
503 GENARD ST.
AUSTIN, TX 78751


MARK STEVENS
C/O CONELL BROTHERS
345 CALIFORNIA ST.
SAN FRANCISCO, CA 94104


MATTHEW MANCUSO
8803 CREFELD ST.
PHILADELPHIA, PA 19118


MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DRIVE
SUITE 300
SAN DIEGO, CA 92108


NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD, VA 22119-3000


NICHOLAS CLOUSE
10 UNIVERSTITY AVE.
FRESNO, CA 93704

NICHOLAS CLOUSE
1080 FREEDOM DR.
FRESNO, CA 93704


NORTHSHORE LIJ
PO BOX 727
WILKES BARRE, PA 18703


NYS TAX DEPARTMENT
RPC-PIT
90 COHOES AVE.
GREEN ISLAND, NY 12183-1515


NYSTATE DEPARTMENT OF TAXATION
STATE PROCESSING CENTER
PO BOX 61000
ALBANY, NY 12261-0001


PAUL JENKINS
6047 N NEVA AVE.
CHICAGO, IL 60631


PAUL JENKINS
1 EAST SCOTT ST.
# 1207
CHICAGO, IL 60610


PAYLIANCE
3 EASTON OVAL
SUITE 210
COLUMBUS, OH 43219-6011


PRASS LLP
2661 RIVA ROAD
BUILDING 1000, SUITE 1004
ANNAPOLIS, MD 21401


RAPPAPORT STEELE
260 MADISON AVE.
NEW YORK, NY 10016


RICHARD DEAN
866 DORIS DR.
ARNOLD, MD 21012

RITCHIE CAPITAL MANAGEMENT
120 N. HALE ST.
# 300
WHEATON, IL 60187


ROB HEALEY
253 WEST 72ND STREET
#1402
NEW YORK, NY 10023


ROBERT DEMBIA
160 BROADWAY
6TH FLOOR
NEW YORK, NY 10038


ROBERT FEULNER
C/O CAROLYN DALEY SCOTT
PO BOX 309
EAST MORICHES, NY 11940


ROBERT M. VANCE
1901 MCGUCKIAN AVE.
#331
ANNAPOLIS, MD 21401


ROBERT PRASS
330 CHURCHHILL FARM RD.
DAVIDSONVILLE, MD 21035


ROBERT YOUNG
C/O CANTOR FITZGERALD
20 ASH STREET, SUITE 350
CONSHOHOCKEN, PA 19428


ROCKARD DELGADILLO & ANGELA AG
1100 GLENDON AVE.
14TH FLOOR
LOS ANGELES, CA 90024


SAFE HORIZON
100 CENTRE STREET
ROOM 1102
NEW YORK, NY 10013

```
SALERA CAPITAL
47361 MIDDLE BLUFF PLACE
STERLING, VA 21065


SCOTT FERRARI
3602 WALTHAM CROSSING
FULSHEAR, TX 77441


STONELEIGH RECOVERY
810 SPRINGER DR.
PO BAX 1479
LOMBARD, IL 60148


SUSAN & RICHARD SCHULLER
28 HORSESHOE RD.
CHELMSFORD, MA 01824


TADINE SHIRTS
151 CRANDON BLVD.
#525
KEY BISCAYNE, FL 33149


TD BANK USA, NA
C/O MIKE PEERSEN, CEO
1701 ROUTE 70 EAST
CHERRY HILL, NJ 08034


TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


UNITED NATIONS INT'L SCHOOL
2450 FDR DRIVE
NEW YORK, NY 10010


UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON, TX 77272


USAA INSURANCE
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288
```

```
VIP TRI-STATE CAR SERVICE
2001 RT. 46, WATERVIEW PLAZA
SUITE 310
PARSIPPANY, NJ 07054


WEBSTER HUGHES
3913 HUNTCLIFF DR.
CHARLOTTE, NC 28226


WEBSTER HUGHES
4807 PELLYN FARM CT.
CHARLOTTE, NC 28226


WEILL-CORNELL
12 WEST 72ND STREET
NEW YORK, NY 10023


WEILL-CORNELL
575 LEXINGTON AVE.
#540
NEW YORK, NY 10022


WELLINGTON TICHENOR
642 PARK AVE.
NEW YORK, NY 10065


WESTLAKE ASSOCIATES
46175 WESTLAKE DRIVE
SUITE 320
POTOMAC FALLS, VA 20165


WINIFRED WILSON ADDI
3130 EAST OJAI AVE.
OJAI, CA 93023
```

# United States Bankruptcy Court
## Southern District of New York

In re **Bryan Caisse**

Debtor(s)

Case No. **15-12777**

Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**30**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 5, 2015**

Signature **/s/ Bryan Caisse**

**Bryan Caisse**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy