# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: admin | Date Created: 04/06/2016 |
| Case: 15–12777–smb | Form ID: pdn | Total: 96 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6787813    JOE HEATLY
6787815    KEVIN COSTELLO

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty        Michael J Kasen        mkasen@kasenlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Bryan Caisse        PO Box 1580        New York, NY 10276–1580
ust        United States Trustee        Office of the United States Trustee        U.S. Federal Office Building        201 Varick Street, Room 1006        New York, NY 10014
tr         David R. Kittay        Kittay & Gershfeld, P.C.        100 White Plains Road        2nd Floor        Tarrytown, NY 10591
smg        New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300
smg        United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
smg        N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551
smg        New York City Dept. Of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs – Devora Cohn        Brooklyn, NY 11201–3719
6787793    ANTHONIA GERACOS        150 MARABAC ROAD        GARDINER, NY 12525
6798985    AT&T        PO Box 537104        Atlanta, GA 30353
6787794    BAKER & MCKENZIE        452 FIFTH AVE.        NEW YORK, NY 10018
6917892    BLOOM CPA PLLC        P.O. BOX 506        EAST ISLIP, NY 11730
6798986    Bank Of America        PO Box 15019        Wilmington, DE 19850–5019
6798987    Bear Sterns & Co.        c/o Kazlow & Kazlow        237 W. 35th St., 14th Fl.        New York, NY 10001
6798988    Bennett Law Collection        c/o Compass Group        10542 S. Jordan Gateway #200        South Jordan, UT 84095
6798989    Bronsky Orthodontics        530 Park Ave.        #1G        New York, NY 10065
6787795    CENTRAL MORTGAGE COMPANY        801 JOHN BARROW RD.        LITTLE ROCK, AR 72201
6787796    CHARLES MILLS        c/o Steven A. Cash, Esq.        Day Pitney, LLP        1100 New York Avenue, N.W.        Suite 300        Washington, DC 20006
6787797    CHRISTINE O'SULLIVAN        13 HERMIT LN.        WESTPORT, CT 06880
6787798    CHRISTOPHER JOHNSON        585 WEST MAIN ST.        LITTLE COMPTON, RI 02837
6813861    CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.        BANKRUPTCY GROUP        4 IRVING PLACE, ROOM 1875–S        NEW YORK, NY 10003
6795559    Charles Mills        c/o Steven A. Cash, Esq.        Day Pitney, LLP        1100 New York Avenue, NW        Suite 300        Washington, D.C. 20005
6798990    Chase        P.O. Box 15298        Wilmington, DE 19850
6798991    Citibank        P.O. Box 6500        Sioux Falls, SD 57117
6798992    Con Edison        4 Irving Place        New York, NY 10003
6798993    D–Path        PO Box 1000        Dept. 461        Memphis, TN 38148
6787799    DAVE MASON        3130 EAST OJAI AVE.        OJAI, CA 93023
6787800    DAVID KALAJIAN        75 WEST END AVE.        NEW YORK, NY 10023–7853
6787801    DENNIS STEIN        405 LEXINGTON AVENUE        42ND FLOOR        NEW YORK, NY 10174
6787802    DISANTO LLP        15 MAIDEN LANE        SUITE 1208        NEW YORK, NY 10038
6787804    DIVERSIFIED TECHNOLOGY, LLC        C/O BRYAN CAISSE        PO BOX 1580        NEW YORK, NY 10276
6787803    DIVERSIFIED TECHNOLOGY, LLC        C/O BRYAN CAISSE        PO BOX 1580        NEW YORK, NY 10276–1580
6795626    Day Pitney, LLP        Attorneys for CHARLES MILLS        Attn: Steven A. CASH        1100 New York Avenue, N.W.        Suite 300        Washington, D.C. 20005
6795629    Day Pitney, LLP        Attorneys for SALERA CAPITAL        MANAGEMENT,LLC        Attn: Steven A. CASH        1100 New York Avenue, N.W., Suite 300        Washington, D.C. 20005
6798994    Donald Denton In custody of Debtor's Daughter        809 Buck Lane        Haverford, PA 19041
6798995    Dr. Theresa Mueller        115 Central Park West        New York, NY 10023
6787805    EDWARD KRATT        100 LAFAYETTE STREET        SUITE 501        NEW YORK, NY 10013
6913583    EDWARD M. KRATT P.C.        100 LAFAYETTE STREET        SUITE 501        NEW YORK, NY 10013
6912349    Edward M. Kratt PC        100 Lafayette Street, Suite 501        New York, NY 10013
6787806    FRANK TANSKY        17 COLUMBUS AVE.        EDISON, NJ 08817
6798996    Frontline Asset Strategy        1935 West County Rd., B2        #425        Roseville, MN 55113
6787808    GARY SWANSON        33 FAIRVIEW AVE        MONTAUK, NY 11954
6787807    GARY SWANSON        42 WEST 85TH ST.        4R        NEW YORK, NY 10024
6787809    HAMMOCK & SULLIVAN        154–08 NORTHERN BLVD.        SUITE 2G        FLUSHING, NY 11354

| | | |
|---|---|---|
| 6787810 | HOMETOWN BANK | 90 EXCHANGE ST. | ATHOL, MA 01331 |
| 6798998 | HSBC | P.O. Box 5244 | Carol Stream, IL 60197 |
| 6787811 | INTERNAL REVENUE SERVICE | 2970 MARKET ST. | MAIL STOP 5–Q30.133 | PHILADELPHIA, PA 19104 |
| 6787812 | JEFF LEROY | 1113 NORCOVA CT. | CHESAPEAKE, VA 23320–5013 |
| 6921139 | JENNIFER R. GARBUZINSKI | 56 LAURIE LANE | NORTH ATTLEBORO, MA 02760 |
| 6798999 | Jennifer Garbuzinski | 56 Laurie Lane | North Attleboro, MA 02760 |
| 6799000 | Jennifer Pariseau | 70 Washington St. | Apartment 6U | Brooklyn, NY 11201 |
| 6799001 | Joel Hanson | 84 Bartlett Drive | Schwenksville, PA 19473 |
| 6787814 | KENNETH SCOTT | PO BOX 5294 | EDGARTOWN, MA 02539 |
| 6799002 | Leman Manhattan Prep. School | Business Office | 1 Morris Street | New York, NY 10004 |
| 6787816 | MARK ANGIL | 24 EAST ST. | ANNAPOLIS, MD 21401 |
| 6787817 | MARK ANGIL | 503 GENARD ST. | AUSTIN, TX 78751 |
| 6787818 | MARK STEVENS | C/O CONELL BROTHERS | 345 CALIFORNIA ST. | SAN FRANCISCO, CA 94104 |
| 6787819 | MATTHEW MANCUSO | 8803 CREFELD ST. | PHILADELPHIA, PA 19118 |
| 6799003 | Marcus Flagg | 1800 Beam Drive | Southlake, TX 76092 |
| 6799004 | Midland Credit Management | 2365 Northside Drive | Suite 300 | San Diego, CA 92108 |
| 6787820 | NICHOLAS CLOUSE | 10 UNIVERSTITY AVE. | FRESNO, CA 93704 |
| 6787821 | NICHOLAS CLOUSE | 1080 FREEDOM DR. | FRESNO, CA 93704 |
| 6787822 | NYS TAX DEPARTMENT | RPC–PIT | 90 COHOES AVE. | GREEN ISLAND, NY 12183–1515 |
| 6787823 | NYSTATE DEPARTMENT OF TAXATION | STATE PROCESSING CENTER | PO BOX 61000 | ALBANY, NY 12261–0001 |
| 6799005 | Navy Federal Credit Union | PO Box 3000 | Merrifield, VA 22119–3000 |
| 6799006 | Northshore LIJ | PO Box 727 | Wilkes Barre, PA 18703 |
| 6787825 | PAUL JENKINS | 1 EAST SCOTT ST. | # 1207 | CHICAGO, IL 60610 |
| 6787824 | PAUL JENKINS | 6047 N NEVA AVE. | CHICAGO, IL 60631 |
| 6799007 | Payliance | 3 Easton Oval | Suite 210 | Columbus, OH 43219–6011 |
| 6787826 | RICHARD DEAN | 866 DORIS DR. | ARNOLD, MD 21012 |
| 6787827 | ROBERT DEMBIA | 160 BROADWAY | 6TH FLOOR | NEW YORK, NY 10038 |
| 6787828 | ROBERT M. VANCE | 1901 MCGUCKIAN AVE. | #331 | ANNAPOLIS, MD 21401 |
| 6787829 | ROBERT YOUNG | C/O CANTOR FITZGERALD | 20 ASH STREET, SUITE 350 | CONSHOHOCKEN, PA 19428 |
| 6787830 | ROCKARD DELGADILLO & ANGELA AG | 1100 GLENDON AVE. | 14TH FLOOR | LOS ANGELES, CA 90024 |
| 6799008 | Rappaport Steele | 260 Madison Ave. | New York, NY 10016 |
| 6788648 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120 | Miami, FL 33131–1605 |
| 6799009 | Ritchie Capital Management | 120 N. Hale St. | # 300 | Wheaton, IL 60187 |
| 6799010 | Rob Healey | 253 west 72nd Street | #1402 | New York, NY 10023 |
| 6799011 | Robert Feulner | c/o Carolyn Daley Scott | PO Box 309 | East Moriches, NY 11940 |
| 6799012 | Robert Prass | 330 Churchhill Farm Rd. | Davidsonville, MD 21035 |
| 6787831 | SAFE HORIZON | 100 CENTRE STREET | ROOM 1102 | NEW YORK, NY 10013 |
| 6787832 | SCOTT FERRARI | 3602 WALTHAM CROSSING | FULSHEAR, TX 77441 |
| 6787833 | SUSAN & RICHARD SCHULLER | 28 HORSESHOE RD. | CHELMSFORD, MA 01824 |
| 6795624 | Salera Capital Management, LLC | C/o Steven A. Cash, Esq. | Day Pitney, LLP | 1100 New York Avenue, NW, Suite 300 | Washington, DC 20005 |
| 6795560 | Salera Capital Management, LLC | c/o Steven A. Cash, Esq. | Day Pitney, LLP | 1100 New York Avenue, NW | Suite 300 | Washington, D.C. 20005 |
| 6795561 | Salera Capital Management, LLC | c/o Steven A. Cash, Esq. | Day Pitney, LLP | 1100 New York Avenue, NW | Suite 300 | Washington, D.C. 20005 |
| 6787834 | TADINE SHIRTS | 151 CRANDON BLVD. | #525 | KEY BISCAYNE, FL 33149 |
| 6787835 | VIP TRI–STATE CAR SERVICE | 2001 RT. 46, WATERVIEW PLAZA | SUITE 310 | PARSIPPANY, NJ 07054 |
| 6787836 | WEBSTER HUGHES | 3913 HUNTCLIFF DR. | CHARLOTTE, NC 28226 |
| 6787837 | WEBSTER HUGHES | 4807 PELLYN FARM CT. | CHARLOTTE, NC 28226 |
| 6787838 | WELLINGTON TICHENOR | 642 PARK AVE. | NEW YORK, NY 10065 |
| 6787839 | WESTLAKE ASSOCIATES | 46175 WESTLAKE DRIVE | SUITE 320 | POTOMAC FALLS, VA 20165 |
| 6906601 | WESTLAKE LEGAL GROUP | 46175 WESTLAKE DRIVE | SUITE 320 | POTOMAC FALLS, VA 20165 |
| 6787840 | WINIFRED WILSON ADDI | 3130 EAST OJAI AVE. | OJAI, CA 93023 |

TOTAL: 93