| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>In re:                                                            :<br>                                                                       :<br>CAISSE, BRYAN,                                         :<br>                                                                       :<br>                    Debtor.                                  :<br>-------------------------------------------------------------X | RETURN DATE: March 28, 2017<br>RETURN TIME: 10:00 a.m.<br>OBJECTIONS DUE: March 24, 2017<br>Chapter 7<br><br>Case No. 15-12777 SMB |

## NOTICE OF TRUSTEE'S OBJECTION SEEKING TO EXPUNGE CLAIM 19 AGAINST THE DEBTOR'S ESTATE

**PLEASE TAKE NOTICE** that, upon the Trustee's Objection Seeking to Expunge Claim 19 Against the Estate, dated February 21, 2017 (the "Objection"), David R. Kittay, the Chapter 7 Trustee of the bankruptcy estate of Bryan Caisse (the "Debtor"), by the undersigned will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on March 28, 2017 (the "Hearing Date") at 10:00 a.m., or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for the issuance and entry of an order, pursuant to section 502 of Title 11, United States Code, 11 U.S.C. §101 et seq, expunging claim 19, filed by Donald Maury Denton, as guardian for Eliza Jane Caisse as an unliquidated claim against the Debtor's estate, which claim is described in the Objection, to the extent described therein and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that the creditor whose claims is sought to be expunged is Donald Maury Denton, as guardian for Eliza Jane Caisse.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to change your claim, then on or before three days before the Hearing Date, you or your lawyer must file with the Court a written response to the objection, explaining your position, with the

Clerk of the Court at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. Objections, if any, to the relief requested in the Objection shall be in writing, shall be served upon the undersigned attorneys for the Trustee with a courtesy copy to Chambers, so as to be received no later than three days before the Hearing Date and shall be filed with the Clerk of the Bankruptcy Court together with proof of service.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before three days before the Hearing Date.  In addition to submitting a written response, you must attend the hearing on the Objection, scheduled to be held on the Hearing Date at 10:00 a.m. in the courtroom of the Honorable Stuart M. Bernstein at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the relief requested in the Objection shall be in writing, shall be served upon the undersigned attorneys for the Trustee with a courtesy copy to Chambers, so as to be received no later than three days before the Hearing Date; and shall be filed with the Clerk of the Bankruptcy Court together with proof of service.

**PLEASE TAKE FURTHER NOTICE** that, objections filed by parties with legal representation shall be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance number at (212) 668-2870, ext. 3522, available Monday-Friday 8:30 a.m. through 5:00 p.m.) through the Internet at the

Bankruptcy Court's website: www.nysb.uscourts.gov. using Netscape Navigator software 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Acrobat Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of the document, document number of the document to which the objection refers and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use the PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. Unless objections are received at that time of the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that, creditors need not appear at the hearing if there is no objection to the relief requested. The hearing may be continued or adjourned from time to time without further written notice by oral notice at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, the Bankruptcy Court shall retain jurisdiction to determine all matters arising out of or relating to the making of an objection to the relief requested in the Objection, and each person or entity, by making such objection, shall subject itself to the jurisdiction of the Court with reference to all matters arising out of its objection and all matters relating thereto.

**PLEASE TAKE FURTHER NOTICE** that interested parties may obtain a copy of the Objection, free of charge, by contacting counsel to the Trustee, Michelle G. Gershfeld, Esq., at (914) 332-8000, Kittay & Gershfeld, P.C., 100 White Plains Road, Second Floor, Tarrytown, New York 10591.

Dated: Tarrytown, New York
      February 21, 2017

    KITTAY & GERSHFELD, P.C.,
Attorneys for the Trustee

/s/ David R. Kittay
David R. Kittay
100 White Plains Road
Tarrytown, New York 10591
(914) 332-8000