| | |
|---|---|
| The Honorable: | STUART M. BERNSTEIN |
| Chapter   7 | |
| Location: | |
| Hearing Date: | / / |
| Hearing Time: | |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

In re: CAISSE, BRYAN    §    Case No. 15-12777-SMB
                       §
                       §
                       §
Debtor(s)              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 14, 2015. The undersigned trustee was appointed on October 14, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      150,000.62

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 47.45 |
| Bank service fees | 1,884.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 35,700.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 112,368.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/11/2016 and the deadline for filing governmental claims was 04/11/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,965.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,965.03, for a total compensation of $8,965.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/16/2017          By: /s/David R. Kittay
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-12777-SMB  
**Case Name:** CAISSE, BRYAN  

**Trustee:** (521020) David R. Kittay  
**Filed (f) or Converted (c):** 10/14/15 (f)  
**§341(a) Meeting Date:** 11/06/15  

**Period Ending:** 05/16/17  
**Claims Bar Date:** 07/11/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2614 SE Tropical East Cir, Port Saint Lucie Fla | 50,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 40.00 | 40.00 | | 0.00 | FA |
| 3 | Capital One Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account | 5.00 | 5.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings - No single item | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Humidors | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 51" Panasonic TV | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Titlest Golf Clubs | 200.00 | 200.00 | | 0.00 | FA |
| 9 | Various books and magazines | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Various photo albums - no value except to debtor | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Various CD's | 10.00 | 10.00 | | 0.00 | FA |
| 12 | Hookah Pipe | 50.00 | 50.00 | | 0.00 | FA |
| 13 | Stamp Collection | 25.00 | 25.00 | | 0.00 | FA |
| 14 | Coin Collection | 250.00 | 250.00 | | 0.00 | FA |
| 15 | Wearing Apparel - no single item worth more than | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Tag Huer Watch | 100.00 | 0.00 | | 0.00 | FA |
| 17 | Skis | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Phoenix Stratigic Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Huxley Capital Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Huxley Asset Management, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Diversified Technology, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Greg Gauvin - Rental Income from Prt St. Lucie | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 23 | Stephanie Gaskell - Personal Loan | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 24 | Entered in error - this is asset 23 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | HP Laser Jet Printer | 20.00 | 20.00 | | 0.00 | FA |
| 26 | Lap top computer | 50.00 | 50.00 | | 0.00 | FA |
| 27 | Potential Recovery in Caisse v. Ritco Security | 0.00 | 114,300.00 | | 150,000.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-12777-SMB  
**Case Name:** CAISSE, BRYAN  

**Period Ending:** 05/16/17

**Trustee:** (521020) David R. Kittay  
**Filed (f) or Converted (c):** 10/14/15 (f)  
**§341(a) Meeting Date:** 11/06/15  
**Claims Bar Date:** 07/11/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 28  Interest (u) | Unknown | 0.62 | | 0.62 | FA |
| 28  Assets  Totals (Excluding unknown values) | $139,960.00 | $200,050.62 | | $150,000.62 | $0.00 |

**Major Activities Affecting Case Closing:**

    The Debtor had a pre-petition personal injury claim, which the Trustee agreed to settle for $150,000.  The 9019 order was signed on 3/10/16 approving the settlement between David and Rito Security Systems.  The Trustee has prepared the Debtor's exemption check.  The Trustee has consulted with the DA to confirm that the exemption can be distributed to the Debtor.

    The Debtor listed interest in a personal loan to Stephanie Gaskill.  The Trustee has requested documentation in support of that claim and has recently reviewed emails evidencing the parties intent and he will continue to pursue the same for collection for estate creditors.

    In addition, the Trustee has requested and been provided with significant documentation regarding the Debtor's monetary accounts and transactions.  The Debtor has been cooperative and has provided significant documentation, which the Trustee and his professionals are currently analyzing.

**Initial Projected Date Of Final Report (TFR):**   December 6, 2017      **Current Projected Date Of Final Report (TFR):**   March 28, 2017  (Actual)

Printed: 05/16/2017 04:15 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-12777-SMB
**Case Name:** CAISSE, BRYAN
**Taxpayer ID #:** **-***1765
**Period Ending:** 05/16/17

**Trustee:** David R. Kittay (521020)
**Bank Name:** Rabobank, N.A.
**Account:** ******7866 - Checking Account
**Blanket Bond:** $81,410,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/16 | | Levinson, Axelrod | Settlement pursuant to Court order | | 150,000.62 | | 150,000.62 |
| | {27} | | Settlement pursuant to Court order   150,000.00 | 1129-000 | | | 150,000.62 |
| | {28} | | Interest earned in Special Counsel's account   0.62 | 1270-000 | | | 150,000.62 |
| 03/29/16 | 101 | Bryan Caisse | Exemption pursuant to March 10, 2016 order | 8100-002 | | 35,700.00 | 114,300.62 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.54 | 114,236.08 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.93 | 114,069.15 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.16 | 113,910.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.75 | 113,731.24 |
| 07/12/16 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-12777, Bond Payment 6/19/2016 through 6/19/2017 Voided on 07/12/16 | 2300-000 | | 47.45 | 113,683.79 |
| 07/12/16 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-12777, Bond Payment 6/19/2016 through 6/19/2017 Voided: check issued on 07/12/16 | 2300-000 | | -47.45 | 113,731.24 |
| 07/12/16 | 103 | Whitney Bank | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-12777, Bond Payment 6/19/2016 through 6/19/2017 Voided on 09/01/16 | 2300-000 | | 47.45 | 113,683.79 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.69 | 113,526.10 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.20 | 113,346.90 |
| 09/01/16 | 103 | Whitney Bank | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-12777, Bond Payment 6/19/2016 through 6/19/2017 Voided: check issued on 07/12/16 | 2300-000 | | -47.45 | 113,394.35 |
| 09/01/16 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2016 FOR CASE #15-12777, Bond Payment 6/19/2016 through 6/19/2017 | 2300-000 | | 47.45 | 113,346.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.61 | 113,184.29 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.94 | 113,027.35 |

Subtotals:   $150,000.62   $36,973.27

{} Asset reference(s)

Printed: 05/16/2017 04:15 PM    V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-12777-SMB  
**Case Name:** CAISSE, BRYAN  

**Taxpayer ID #:** **-***1765  
**Period Ending:** 05/16/17

**Trustee:** David R. Kittay (521020)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $81,410,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.95 | 112,854.40 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.88 | 112,692.52 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.86 | 112,519.66 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.05 | 112,368.61 |
| | | | **ACCOUNT TOTALS** | | 150,000.62 | 37,632.01 | **$112,368.61** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 150,000.62 | 37,632.01 | |
| | | | Less: Payments to Debtors | | | 35,700.00 | |
| | | | **NET Receipts / Disbursements** | | **$150,000.62** | **$1,932.01** | |

| | |
|---|---|
| Net Receipts : | 150,000.62 |
| Less Payments to Debtor : | 35,700.00 |
| Net Estate : | $114,300.62 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7866** | 150,000.62 | 1,932.01 | 112,368.61 |
| | **$150,000.62** | **$1,932.01** | **$112,368.61** |

{} Asset reference(s)                                                                                                  Printed: 05/16/2017 04:15 PM    V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2016

**Case Number:** 15-12777-SMB  
**Debtor Name:** CAISSE, BRYAN  

Page: 1

**Date:** May 16, 2017  
**Time:** 04:16:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| T 200 | David R. Kittay<br>100 White Plains Road 2nd Flo<br>Tarrytown, NY 10591 | Admin Ch. 7 | | $8,965.03 | $0.00 | 8,965.03 |
| GL 200 | Gary Lampert, CPA<br>100 Merick Road, Suite 211-W<br>Rockville Centre, NY 11570 | Admin Ch. 7 | | $10,353.00 | $0.00 | 10,353.00 |
| KG 200 | Kittay & Gershfeld<br>100 White Plains Road<br>Tarrytown, NY 10591 | Admin Ch. 7 | | $31,339.00 | $0.00 | 31,339.00 |
| RG 200 | Levinson Axelrod<br>2 Lincoln Highway<br>P.O. Box 2905<br>Edison, NJ 08818 | Admin Ch. 7 | | $47,650.19 | $0.00 | 47,650.19 |
| GLE 200 | Gary Lampert, CPA<br>100 Merick Road, Suite 211-W<br>Rockville Centre, NY 11570 | Admin Ch. 7 | | $109.00 | $0.00 | 109.00 |
| KGE 200 | Kittay & Gershfeld<br>100 White Plains Road<br>Tarrytown, NY 10591 | Admin Ch. 7 | | $220.04 | $0.00 | 220.04 |
| RGE 200 | Levinson Axelrod<br>2 Lincoln Highway<br>P.O. Box 2905<br>Edison, NJ 08818 | Admin Ch. 7 | | $7,049.42 | $0.00 | 7,049.42 |
| 19 500 | DONALD MAURY DENTON, AS GUARDIAN<br>DONALD MAURY DENTON<br>809 BUCK LANE<br>HAVERFORD, PA 19041 | Priority | Claim expunged pursuant to stipulation | $0.00 | $0.00 | 0.00 |
| EXEMPTIO 100 | Bryan Caisse<br>c/o Michael J. Kasen, Esquire<br>151 W. 46th Street, 4th Floor<br>New York, NY 10036 | Secured | Exemption pursuant to March 10, 2016 order | $35,700.00 | $35,700.00 | 0.00 |
| 1 610 | CHARLES MILLS<br>Day Pitney, LLP - Attn: S. Cash, Esq.<br>1100 New York Avenue, N.W.,Suite 300<br>Washington, DC 20006 | Unsecured | | $119,000.00 | $0.00 | 119,000.00 |
| 2 610 | Salera Capital Management, LLC<br>Day Pitney, LLP, Attn: S. Cash, Esq.<br>1100 New York Avenue, NW, Suite 300<br>Washington, DC 20005 | Unsecured | | $854,434.68 | $0.00 | 854,434.68 |
| 3 610 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003 | Unsecured | | $2,230.06 | $0.00 | 2,230.06 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2016

**Case Number:** 15-12777-SMB  
**Debtor Name:** CAISSE, BRYAN

Page: 2

**Date:** May 16, 2017  
**Time:** 04:16:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | WESTLAKE LEGAL GROUP<br>46175 WESTLAKE DRIVE<br>SUITE 320<br>POTOMAC FALLS, VA 20165 | Unsecured | Amended by claim #9. | $0.00 | $0.00 | 0.00 |
| 5 610 | Edward M. Kratt PC<br>100 Lafayette Street, Suite 501<br>New York, NY 10013 | Unsecured | | $50,000.00 | $0.00 | 50,000.00 |
| 6 610 | EDWARD M. KRATT P.C.<br>100 LAFAYETTE STREET<br>SUITE 501<br>NEW YORK, NY 10013 | Unsecured | 3/21//17: Claimant Ed Klatt agrees that claim is duplicative and can be expunged | $0.00 | $0.00 | 0.00 |
| 7 610 | BLOOM CPA PLLC<br>P.O. BOX 506<br>EAST ISLIP, NY 11730 | Unsecured | | $27,032.78 | $0.00 | 27,032.78 |
| 8 610 | Jennifer R. Garbuzinski<br>56 Laurie Lane<br>North Attleboro, MA 02760 | Unsecured | Claimant agreed by email to reclassify claim by email dated 3/27/17. | $431,242.00 | $0.00 | 431,242.00 |
| 9 610 | WESTLAKE LEGAL GROUP<br>46175 WESTLAKE DRIVE<br>SUITE 320<br>POTOMAC FALLS, VA 20165 | Unsecured | | $23,858.62 | $0.00 | 23,858.62 |
| 10 610 | Stein Riso Mantel McDonough, LLP<br>Attn.: Dennis L. Stein, Esq.<br>405 Lexington Avenue, 42nd Floor<br>New York, NY 10174 | Unsecured | | $23,456.68 | $0.00 | 23,456.68 |
| 11 610 | Susan Schueller<br>28 Horseshoe Rd<br>Chelmsford, MA 01824 | Unsecured | | $15,000.00 | $0.00 | 15,000.00 |
| 12 610 | ROBERT DEMBIA, P.C.<br>160 BROADWAY, 6TH FLOOR<br>NEW YORK, NY 10038 | Unsecured | | $4,291.21 | $0.00 | 4,291.21 |
| 13 610 | KENNETH SCOTT<br>PO BOX 5294<br>EDGARTOWN, MA 02539 | Unsecured | | $100,000.00 | $0.00 | 100,000.00 |
| 14 -2 610 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $155,380.03 | $0.00 | 155,380.03 |
| 15 610 | Liner LLP<br>1100 Glendon Ave.<br>14th Floor<br>Los Angeles, CA 90024-3503 | Unsecured | | $100,800.19 | $0.00 | 100,800.19 |
| 16 610 | CHRISTINE B. O'SULLIVAN<br>13 HERMIT LANE<br>WESTPORT, CT 06880 | Unsecured | | $5,773.75 | $0.00 | 5,773.75 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2016

**Case Number:** 15-12777-SMB　　　　　　　　　Page: 3　　　　　　　　　**Date:** May 16, 2017
**Debtor Name:** CAISSE, BRYAN　　　　　　　　　　　　　　　　　　　　　**Time:** 04:16:01 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17<br>610 | Orion Portfolio Services LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $258.13 | $0.00 | 258.13 |
| 18<br>610 | WELLINGTON S. TICHENOR<br>642 PARK AVENUE<br>NEW YORK, NY 10065 | Unsecured | | $50,000.00 | $0.00 | 50,000.00 |
| 20<br>610 | HAMMOCK & SULLIVAN, PC<br>154-08 NORTHERN BLVD., SUITE 2G<br>Attn: Edward Hammock<br>FLUSHING, NY 11354 | Unsecured | | $19,855.28 | $0.00 | 19,855.28 |
| 21<br>610 | HAMMOCK & SULLIVAN, PC<br>154-08 NORTHERN BLVD.<br>SUITE 2G<br>FLUSHING, NY 11354 | Unsecured | 3/28/17: MG Spoke to Edward Hammock and he agreed to expunge duplicate claim | $0.00 | $0.00 | 0.00 |
| 22<br>610 | Dr. Theresa Mueller<br>111 Central Park West, Suite 9<br>New York, NY 10023 | Unsecured | Claimant agreed by phone and email 3/27/17 to reclassify to general unsecured claim | $552.00 | $0.00 | 552.00 |
| 23<br>610 | ROBERT HEALEY<br>253 W. 72ND STREET<br>#1402<br>NEW YORK, NY 10023 | Unsecured | | $12,500.00 | $0.00 | 12,500.00 |
| **<< Totals >>** | | | | 2,137,051.09 | 35,700.00 | 2,101,351.09 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-12777-SMB
Case Name: CAISSE, BRYAN
Trustee Name: David R. Kittay

**Balance on hand:** $ 112,368.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 112,368.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Kittay | 8,965.03 | 0.00 | 8,965.03 |
| Attorney for Trustee, Fees - Kittay & Gershfeld | 31,559.04 | 0.00 | 31,559.04 |
| Accountant for Trustee, Fees - Gary Lampert, CPA | 10,353.00 | 0.00 | 10,353.00 |
| Accountant for Trustee, Expenses - Gary Lampert, CPA | 109.00 | 0.00 | 109.00 |
| Other Fees: Levinson Axelrod | 47,650.19 | 0.00 | 47,650.19 |
| Other Expenses: Levinson Axelrod | 7,049.42 | 0.00 | 7,049.42 |

Total to be paid for chapter 7 administration expenses: $ 105,685.68
Remaining balance: $ 6,682.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,682.93

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | DONALD MAURY DENTON, AS GUARDIAN | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,682.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,995,665.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CHARLES MILLS | 119,000.00 | 0.00 | 398.50 |
| 2 | Salera Capital Management, LLC | 854,434.68 | 0.00 | 2,861.26 |
| 3 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. | 2,230.06 | 0.00 | 7.47 |
| 4 | WESTLAKE LEGAL GROUP | 0.00 | 0.00 | 0.00 |
| 5 | Edward M. Kratt PC | 50,000.00 | 0.00 | 167.44 |
| 6 | EDWARD M. KRATT P.C. | 0.00 | 0.00 | 0.00 |
| 7 | BLOOM CPA PLLC | 27,032.78 | 0.00 | 90.53 |
| 8 | Jennifer R. Garbuzinski | 431,242.00 | 0.00 | 1,444.11 |
| 9 | WESTLAKE LEGAL GROUP | 23,858.62 | 0.00 | 79.90 |
| 10 | Stein Riso Mantel McDonough, LLP | 23,456.68 | 0.00 | 78.55 |
| 11 | Susan Schueller | 15,000.00 | 0.00 | 50.23 |
| 12 | ROBERT DEMBIA, P.C. | 4,291.21 | 0.00 | 14.37 |
| 13 | KENNETH SCOTT | 100,000.00 | 0.00 | 334.87 |
| 14 -2 | Department of the Treasury | 155,380.03 | 0.00 | 520.32 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | Liner LLP | 100,800.19 | 0.00 | 337.55 |
| 16 | CHRISTINE B. O'SULLIVAN | 5,773.75 | 0.00 | 19.33 |
| 17 | Orion Portfolio Services LLC | 258.13 | 0.00 | 0.86 |
| 18 | WELLINGTON S. TICHENOR | 50,000.00 | 0.00 | 167.44 |
| 20 | HAMMOCK & SULLIVAN, PC | 19,855.28 | 0.00 | 66.49 |
| 21 | HAMMOCK & SULLIVAN, PC | 0.00 | 0.00 | 0.00 |
| 22 | Dr. Theresa Mueller | 552.00 | 0.00 | 1.85 |
| 23 | ROBERT HEALEY | 12,500.00 | 0.00 | 41.86 |

Total to be paid for timely general unsecured claims:  $          6,682.93
Remaining balance:  $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $              0.00
Remaining balance:  $              0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $              0.00
Remaining balance:  $              0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**