# WELLINGTON S. TICHENOR, MD, FACP, FAAAAI

SINUISTIS    INTERVENTIONAL ALLERGY AND ENDOSCOPY    ALLERGY: ADULT AND PEDIATRIC    ASTHMA

642 PARK AVENUE
NEW YORK, NY 10065

HTTP://www.sinuses.com

TELEPHONE: (212) 517-6611
FAX: (212) 517 – 2132

JUN - 2 2017

May 30, 2017

U. S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Caisse, Bryan
     Case No. 15-1277-SMB
Re: The People of the State of New York v
     Bryan Caisse-Indictment No. 4921/2013

To whom it may concern,

We have received notice of the Trustee's Final Report and Applications for Compensation. We wish to note as previously stated to the Court that there were prior restitution payments ordered by the Honorable Justice Ronald A. Zweibel under the matter of *The People of the State of New York v. Bryan Caisse* which our research indicates are not dischargeable in bankruptcy. As long as Justice Zweibel's Order stands and those payments are not discharged, we do not have objection to the Final Report.

Sincerelry,

Wellington S. Tichenor

Cc: David R. Kittay
    United States Trustee